```
1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500

5  Counsel for Defendant ANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 15-00520 JSW |
|---|---|---|
| Plaintiff, | ) | **APPLICATION FOR ORDER ALLOWING BRIAN ANDERSON TO TRAVEL TO U.C.S.F. FOR EXPERT EVALUATION AND [PROPOSED] ORDER** |
| vs. | ) | |
| BRIAN ANDERSON, | ) | |
| Defendant. | ) | |

Defendant, by and through his counsel, Assistant Federal Public Defender Ned Smock, hereby seeks an order from the Court permitting him to leave New Bridge Foundation inpatient treatment facility to attend an appointment with a mental health expert retained by the defense.

In further support of this Application, counsel states as follows:

1.  Defense counsel has determined that it is in Mr. Anderson's best interest to participate in a psychological evaluation. The defense has retained a mental health expert who needs to perform an evaluation of Mr. Anderson at her office.

2.  Mr. Anderson has been receiving drug treatment at the New Bridge Foundation in Berkeley for four months. Mr. Anderson would need to be away from the facility for no more than five to six hours including travel time. The defense has arranged for Mr. Anderson's father, who is a

surety in this matter, to escort him to and from the appointment.

3. Mr. Anderson's pretrial officer, Gelareh Farahmand, has indicated that she has no objection to this request. The defense will provide Ms. Farahmand all details regarding the timing and location of the evaluation beforehand.

4. The defense has informed counsel for the United States, Michelle Kane, of this request and she has indicated that the government has no objection.

WHEREFORE, defendant, BRIAN ANDERSON, through his counsel prays that an order issue permitting him to leave New Bridge Foundation to be escorted by his father directly to and from an appointment with the defense mental health expert at University of California San Francisco.

Dated: April 15, 2016

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

/s/ Ned Smock

NED SMOCK
Assistant Federal Public Defender

### [PROPOSED] ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that defendant Brian Anderson is permitted to leave New Bridge Foundation to be escorted by his father directly to and from an appointment with the defense mental health expert at University of California San Francisco.

Dated: April ___, 2016              _____
                                    HON. DONNA M. RYU
                                    United States Magistrate Judge

- 2 -