**PROPOSED ORDER/COVER SHEET**

TO: Honorable Donna M. Ryu        RE: Brian Anderson
U.S. Magistrate Judge

FROM: Roy Saenz, Chief            Docket No.: 4:15-cr-00520-JSW-1
U.S. Pretrial Services Officer

Date: 10/5/16

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Gelareh Farahmand, Specialist             (415) 436-7513

U.S. Pretrial Services Officer            **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any further action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A. _____

B. _____

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____
_____
_____

_____/s/ Donna_____     10/5/16
JUDICIAL OFFICER DONNA M. RYU   DATE
U.S. Magistrate Judge

cc: Copy to parties via ECF, Pret. Svcs.