STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ned_smock@fd.org

Counsel for Defendant
BRIAN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-00520 JSW |
| PLAINTIFF, | |
| v. | APPLICATION AND [PROPOSED] ORDER RE: OVERNIGHT VISITS |
| BRIAN ANDERSON, | |
| DEFENDANT. | |

Brian Anderson has been supervised by United States Pretrial Services for almost one year. He successfully completed six months in inpatient treatment at New Bridge in Berkeley. He is now living in transitional housing at New Bridge and is employed full time. He has had no violations of his conditions of pretrial release. Mr. Anderson pled guilty and is scheduled to begin participation in the Conviction Alternatives Program in January.

Mr. Anderson would like to spend more time with his parents, including occasional overnight visits. Mr. Anderson's parents live locally and have been supportive while Mr. Anderson has been in treatment. They indicate that Mr. Anderson will remain at home or with them during these visits. The assigned United States Pretrial Officer, Gelareh Farahmand, has no

objection to Mr. Anderson's request. The undersigned has discussed this request with the assigned

Assistant United States Attorney, Michelle Kane, and the government has no objection to this

request. Accordingly, the defense asks that Mr. Anderson be permitted to spend nights at his

parents' home when permitted by his Pretrial Services Officer, without seeking pre-approval from

the Court.


DATED: November 22, 2016        Respectfully Submitted,

        STEVEN G. KALAR
        Federal Public Defender

        /s/ Ned Smock

        NED SMOCK
        Assistant Federal Public Defender
        Counsel for Brian Anderson

STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ned_smock@fd.org

Counsel for Defendant
BRIAN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-00520 JSW |
| PLAINTIFF, | |
| v. | [PROPOSED] ORDER |
| BRIAN ANDERSON | |
| DEFENDANT. | |

Based on the assertions and agreement of the parties as set forth in defendant's filed Application, IT IS HEREBY ORDERED THAT Mr. Anderson shall be permitted to spend nights at his parents' home when permitted by his Pretrial Services Officer, without seeking pre-approval from the Court.

IT IS SO ORDERED.


DATED: _____        _____
                                                        HON. DONNA M. RYU
                                                        UNITED STATES MAGISTRATE JUDGE