UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>v.<br>BRIAN ANDERSON,<br>                Defendant. | Case No. 4:15-cr-00520-JSW-1<br><br>**ORDER REASSIGNING CASE TO CAP JUDGE** |

The undersigned judge, having received notice of defendant Brian Anderson's successful completion of the Conviction Alternatives Program ("CAP"), hereby reassigns this case to the Hon. Haywood S. Gilliam, Jr., CAP judge, for sentencing and all further proceedings.

All future filings shall bear the new initials HSG immediately after the case number.

**IT IS SO ORDERED.**

Dated: December 4, 2017

_____
Jeffrey S. White
United States District Judge